UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF MIAMI

CASE NO.: 16-CV-24224-TORRES

FRANCISCO SOTELO
and LUIS SOTELO,

    Plaintiffs,                                          [CONSENT CASE – MAGISTRATE
                                                   JUDGE ELECTED FOR ALL PURPOSES]

-VS-

INTERIOR GLASS DESIGN, LLC
and SANTIAGO GUZMAN,

    Defendants.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, reviewed the parties' Settlement Agreement, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that the said Joint Motion is hereby **GRANTED**. The Court finds that the terms of settlement on Plaintiff's FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action, in its entirety, as to all parties, and as to all claims and counterclaims, with prejudice, the parties to bear their own costs, fess, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary, for a period of 15 months.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this _____ day of _____, 2017.

_____
**EDWIN G. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

Copies Furnished:
*Counsel of Record by CM/ECF*